**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MILLER,<br><br>               Petitioner,<br><br>   vs.<br><br>MATTHEW MARTEL, WARDEN,<br><br>               Respondent. | CASE NO. CV 08-05075 CJC (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of ALFRED MILLER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 24, 2009

*(signature)*

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE